# EXHIBIT B



# Therabody Warranty

Browse our limited-warranty policy by product, frequently asked questions, and more.

# This Therabody Limited Warranty ("Limited Warranty") applies to Therabody-branded products and is given by Theragun, Inc. d/b/a Therabody ("Therabody") to the individual purchaser of products from Therabody or its authorized retailers and distributors. Therabody warrants that the Therabody-branded products

Free Gift w/ purchase

Free Gift w/ purchase

Therabody

used normally in accordance with Therabody's published guidelines for the time periods set forth below and commencing on the original date of purchase of the product by the end-user purchaser (the "Warranty Period"). Please note that by using a Therabody Product, each purchaser agrees to be bound by the Warranty as set out below. For any warranty issues, please reach out to us by phone or chat anytime.

3/3/22, 8:11 AM                    Case 2:22-cv-01564-MEMF-AS   Document 1-2   Filed 03/08/22   Page 4 of 10   Page ID #:29
                                                                              Limited Warranty Policy | Therabody

Free Gift w/ purchase

## Theragun PRO 

- Device & charger: 2 years
- Lithium-ion batteries: 90 days
- World travel charger: 1 year (2 years in the EU/UK)
- Wireless charging stand: 1 year (2 years in the EU/UK)
- Attachments: 30 days

## Theragun Elite 

- Device & charger: 1 year (2 years in the EU/UK)
- Wireless charging stand: 1 year (2 years in the EU/UK)
- Power adapter: 1 year (2 years in the EU/UK)
- Attachments: 30 days

## Theragun Prime 

- Device & charger: 1 year (2 years in the EU/UK)
- Charging stand: 1 year (2 years in the EU/UK)
- Power adapter: 1 year (2 years in the EU/UK)
- Attachments: 30 days

## Theragun mini 

- Device & charger: 1 year (2 years in the EU/UK)
- Charging stand: 1 year (2 years in the EU/UK)
- Power adapter: 1 year (2 years in the EU/UK)
- Attachments: 30 days

Case 2:22-cv-01564-MEMF-AS    Document 1-2    Filed 03/08/22    Page 5 of 10    Page ID #:30

Free Gift w/ purchase

# Therabody

- Device & charger - 2 years
- Lithium-ion batteries - 90 days
- World travel charger - 1 year (2 years in the EU/UK)
- Charging stand - 1 year (2 years in the EU/UK)
- Attachments - 30 days

## Theragun G3

- Device & charger - 1 year (2 years in the EU/UK)
- Charging stand - 1 year (2 years in the EU/UK)
- Power adapter - 1 year (2 years in the EU/UK)
- Attachments - 30 days



## Theragun liv

- Device & charger - 1 year (2 years in the EU/UK)
- Charging stand - 1 year (2 years in the EU/UK)
- Power adapter - 1 year (2 years in the EU/UK)
- Attachments - 30 days

## Wave Series

- Wave Roller - 1 year
- Wave Duo - 1 year
- Wave Solo - 1 year

## RecoveryAir Gen 2

- RecoveryAir PRO Pneumatic Device and Compression Boots - 2 years



Free Gift w/ purchase

![Therabody]

## RecoveryAir Gen 1 ✕

- RecoveryAir PRO Pneumatic Device and Compression Boots - 2 years
- RecoveryAir Pneumatic Device and Compression Boots - 1 years (2 years in the EU/UK)

## PowerDot ✕

- PowerDot 2.0 Duo Device and Charger – 1 year
- PowerDot 2.0 Uno Device and Charger – 1 year



## What is not covered? ✕

This Limited Warranty only covers product issues caused by defects in material or workmanship during ordinary use. The Limited Warranty does not cover issues caused by any other reason, including, but not limited to: (i) cosmetic damage, including but not limited to scratches, dents and broken plastic on ports unless failure has occurred due to a defect in materials or workmanship; (ii) damage caused by misuse or abuse, neglect, accident, liquids, including but not limited to, fire, liquid contact, vandalism or external forces; (iii) to defects caused by normal wear and tear or otherwise due to the normal aging of the product; (iv) the alteration of the product in any way; (v) use in any manner that is inconsistent with the intended purpose or design of the product as described in the product's usage manual or other documentation for the product, including, but not limited to, the attachment of any unauthorized accessories; (vi) unauthorized repairs or modifications; (vii) improper use of electrical power supply, loss of power, variation in line voltage, malfunction or damage of an operating part from failure to provide manufacturer & recommended maintenance; (viii) if any serial number has been removed or defaced from the product; or (ix) loss of use during the period the product is at the Therabody repair facility or otherwise awaiting parts or repair or any other conditions whatsoever that are beyond the control of Therabody.

Therabody does not warrant that the operation of the product will be uninterrupted or error-free. This Limited Warranty does not cover Therabody products sold "AS IS", "Open-Box", or similar notations and does not cover consumables. This Limited Warranty does not extend to the purchase of opened, used, repaired, repackaged and/or resealed products, including, but not limited to, the sale of such products on Internet auction sites and/or sales of such products by surplus or bulk resellers. Any software is provided "AS IS" unless expressly provided for in any enclosed software limited warranty. When a product or part is exchanged, the original item becomes Therabody's property.

Free Gift w/ purchase

# Therabody

contact Therabody's Customer Experience Team prior to returning any product for warranty service. Therabody will not reimburse purchasers for service performed by others. Unless otherwise instructed by Therabody, the product must be delivered, freight prepaid, in either its original packaging or packaging affording an equal degree of protection to the facility specified by Therabody. Please note all warranty returns must include the completed Return Authorization Form.Before receiving warranty service, Therabody may require that purchaser furnish proof of purchase details, respond to questions designed to assist with evaluating potential issues, and follow Therabody's procedures for obtaining warranty service. If Therabody determines that the problem with the product is not due to a manufacturing defect due to materials and/or workmanship, the product is not properly returned to Therabody, or otherwise does not qualify for warranty repair, then the purchaser will be responsible for all costs incurred by Therabody necessary to return the product. Therabody reserves the right to change the method by which Therabody may provide warranty service, and a product's eligibility to receive a particular method of service. Service will be limited to the options available in the country where service is requested. Service options, parts availability and response times may vary according to country. Purchaser may be responsible for shipping and handling charges if the product cannot be serviced in the country it is in. For service in a country that is not the country of purchase, purchaser will comply with all applicable import and export laws and regulations and be responsible for all custom duties, V.A.T. and other associated taxes and charges. If ProCare was purchased for the product, please refer to the service plan for the coverage, duration and terms of service as they are not governed by this Limited Warranty.

If a claim is submitted to Therabody during the Warranty Period in accordance with this Limited Warranty, Therabody will, at its option: (i) repair the product using new or previously used parts that are equivalent to new in performance and reliability, or (ii) replace the product with the same model formed from new and/or previously used parts that are equivalent to new in performance and reliability. Any replacement product provided under this Limited Warranty may vary in the color and/or cosmetic design from the original product and may not include any original engraving or similar customization. Therabody reserves the right to replace any discontinued product with a new product of comparable value and function. A replacement product assumes the remaining warranty of the original product, or thirty (30) days from the date of replacement, whichever is longer. For international service, Therabody may repair or replace products with comparable products and parts that comply with local standards.

## Limitation of Remedies ✕

Therabody does not authorize anyone, including, but not limited to, a Therabody reseller, agent or, to make any modification, extension, or addition to this Limited Warranty. If any term is held to be illegal or unenforceable, the legality or enforceability of the remaining terms shall not be affected or impaired.

TO THE EXTENT PERMITTED BY LAW, THIS LIMITED WARRANTY AND THE REMEDIES SET FORTH ARE EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES, REMEDIES AND CONDITIONS, WHETHER ORAL, WRITTEN, STATUTORY, EXPRESS OR IMPLIED. THERABODY DISCLAIMS ALL STATUTORY AND IMPLIED WARRANTIES, INCLUDING WITHOUT LIMITATION, WARRANTIES OF

Free Gift w/ purchase

# Therabody

(COUNTRIES AND PROVINCES) DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY (OR CONDITION) MAY LAST, SO THE LIMITATION DESCRIBED ABOVE MAY NOT APPLY. THERABODY DOES NOT WARRANT THAT THE OPERATION OF THE PRODUCT WILL BE UNINTERRUPTED OR ERROR-FREE.

EXCEPT AS PROVIDED IN THIS LIMITED WARRANTY AND TO THE MAXIMUM EXTENT PERMITTED BY LAW, THERABODY IS NOT RESPONSIBLE FOR DIRECT, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM ANY BREACH OF WARRANTY OR CONDITION, OR UNDER ANY OTHER LEGAL THEORY, INCLUDING BUT NOT LIMITED TO LOSS OF USE; LOSS OF REVENUE; LOSS OF ACTUAL OR ANTICIPATED PROFITS (INCLUDING LOSS OF PROFITS ON CONTRACTS); LOSS OF GOODWILL; LOSS OF REPUTATION; LOSS OF, DAMAGE TO, COMPROMISE OR CORRUPTION OF DATA; OR ANY INDIRECT OR CONSEQUENTIAL LOSS OR DAMAGE HOWSOEVER CAUSED INCLUDING THE REPLACEMENT OF EQUIPMENT AND PROPERTY, ANY COSTS OF RECOVERING ANY PROGRAM OR DATA STORED IN OR USED WITH THE THERABODY PRODUCT OR ANY FAILURE TO MAINTAIN THE CONFIDENTIALITY OF INFORMATION STORED IN THE PRODUCT. TO THE EXTENT PERMITTED BY APPLICABLE LAW, THE THERABODY'S LIABILITY SHALL NOT BE GREATER THAN PURCHASE VALUE OF THE PRODUCT. SOME STATES (COUNTRIES AND PROVINCES) DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY.

In no event shall this Limited Warranty require more than the repair or replacement of any part or parts which is found to be defective within the effective warranty period. No refunds will be given. If replacement parts for defective and materials are not available, Therabody reserves the right to make product substitutions in lieu of repair or replacement. This Limited Warranty does not apply to any mobile device or the cellular and/or other network or system on which the product operates. Therefore, Therabody will not accept any responsibility under this warranty for the operation, availability, coverage, services or range of the cellular or other network or system. Therabody shall not under any circumstance be liable either expressly or impliedly, for any damages or losses of any kind whatsoever resulting from loss of, damage to, or corruption of, content or data during repair or replacement of the product.

More questions? Find answers on our **Support page**.

## Be the first to know about offers, products, and more

| Email Address | SIGN UP |

Free Gift w/ purchase

# Therabody

 

## Shop

Theragun

TheraOne

Wave Series

RecoveryAir

PowerDot

Gift Guide

## Support

FAQ

Contact Us

Financing

Return Policy

Warranty Terms

Warranty Registration

## Company

Careers

Reviews

Stores

Patents & Design Registrations

Unauthorized Retailers

Amazon Seller

Precautions

## Community

Therabody App

Ambassadors

Our Story

Blog

## Resources

## Work With Us

3/3/22, 8:10 AM
Case 2:22-cv-01564-MEMF-AS
Document 1-2
Limited Warranty Policy | Therabody
Filed 03/08/22
Page 10 of 10
Page ID #:35

Free Gift w/ purchase

# Therabody

| | |
|---|---|
| Subscription Program | Spas |
| Military & First Responders Discount | Hospitality |
| | Wellbeing |
| | Corporate Gifting |

United States

   

Privacy    Do Not Sell My Information    Terms of Service    Accessibility

© 2022 Therabody, Inc. All rights reserved.