Niv V. Davidovich, Esq. (State Bar No. 247328)
Charlie Z. Stein, Esq. (State Bar No. 265361)
Elan N. Stone, Esq. (State Bar No. 243394)
**DAVIDOVICH STEIN LAW GROUP LLP**
6422 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
Telephone: (818) 661-2420
Facsimile: (818) 301-5131
Emails: Niv@davidovichlaw.com
        Charlie@davidovichlaw.com
        Elan@davidovichlaw.com

**KOHRMAN JACKSON & KRANTZ LLP**
Alex E. Jones (*Pro Hac Vice*)
aej@kjk.com
Kyle D. Stroup (*Pro Hac Vice*)
kds@kjk.com
1375 East Ninth Street, 29th Floor
Cleveland, Ohio 44114
Telephone: (216) 696-8700
Facsimile: (216) 621-6536

Attorneys for Plaintiff Therabody, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THERABODY, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>E ZEE ELECTRONICS, INC., a California Corporation.<br><br>    Defendant. | Case No. 2-22-cv-01564-MEMF-AS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Therabody, Inc. ("**Therabody**") and Defendant E ZEE Electronics, Inc. ("**E Zee**") hereby stipulate that an out-of-court agreement has been reached requiring dismissal of the above-captioned proceeding. Accordingly, Therabody voluntarily dismisses all claims ***with prejudice***. Each party is to bear its own costs and fees.

**APPROVED AND AGREED TO BY:**

DATED: September 6, 2022     KOHRMAN JACKSON & KRANTZ, LLP

By:     *Alex E. Jones*
        ALEX E. JONES
    Attorneys for Plaintiff Therabody, Inc.

DATED: September 6, 2022     DAVIDOVICH STEIN LAW GROUP, LLPL

By:     *Niv Vladimir Davidovich*
        NIV VLADIMIR DAVIDOVICH
    Attorney for Defendant E ZEE Electronics, Inc.

## PROOF OF SERVICE

**STATE OF OHIO, COUNTY OF CUYAHOGA**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Cuyahoga, State of Ohio. My business address is 1375 East 9th St., 29th Floor, Cleveland, OH 44113.

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 6, 2022 at Cleveland, Ohio.

*/s/ Alex E. Jones*
Alex Jones

70144563v1

2     Case No. 2-22-cv-01564-MEMF-AS
Stipulation of Voluntary Dismissal